UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

METROPOLITAN LIFE INSURANCE COMPANY,

   Plaintiff,

 v.

CHRISTI TURNER, BECKY FRAWLEY, and JAMES FRAWLEY,

   Defendants.

Case No. 10-cv-253-JPG

## JUDGMENT

This matter having come before the Court, the Court having dismissed Plaintiff Metropolitan Life Insurance Company with prejudice, and all other parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: September 16, 2010**

   **Approved:**   s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**